# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

In Re:                                                     **BKY No.: 19-30675**
                                                              **Chapter 11 Case**

**BV Restaurant, Inc.**
**DBA Cheng Heng Restaurant,**
      **Debtor.**

## NOTICE OF INTENTION TO
## SEEK EXPEDITED HEARING

The debtor in the above Chapter 11 case gives notice that it intends to seek an expedited hearing on the following matter:

1. MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL.

Dated:  March 8, 2019.                    **STEVEN B. NOSEK, P.A.**

                                          By:___/e/ Steven B. Nosek_____
                                          Steven B. Nosek, #79960
                                          Yvonne R. Doose, #0397066
                                          ATTORNEY FOR DEBTOR
                                          2855 Anthony Lane South, Suite 201
                                          St. Anthony, MN 55418
                                          (612) 335-9171
                                          snosek@noseklawfirm.com
                                          ydoose@noseklawfirm.com